UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. CV 18-05405-AB (KSx)

Chris Langer,

          Plaintiff,

v.

Morton Lakretz, et al.,

          Defendants.

ORDER DISMISSING CIVIL ACTION

    THE COURT having been advised by counsel that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: October 29, 2018

_____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE